UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARINELA VILLANUEVA,<br><br>                Defendant. | No. CR-12-6053-EFS-12<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>☒   Motion Granted<br>       **(ECF No. 742)** |

Date of Motion hearing: 08/12/2013

   Before the court is Defendant's Motion to Modify Release Conditions. The Government was represented by Alex Ekstrom. Defendant was present with counsel, Troy Lee.

   The Defendant requested that GPS monitoring and home confinement be removed from the conditions of release. The Government and U.S. Probation did not object.

   The Court **GRANTED** Defendant's motion and removed the GPS monitoring and home confinement requirements. All other conditions set forth in the Order Granting Motion and Setting Conditions of Release (Ct. Rec. 221) remain in full effect.

DATED: August 12, 2013

                         s/James P. Hutton
                         JAMES P. HUTTON
               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY