PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 28 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

U.S.A. vs.      Villanueva, Marinela         Docket No.    0980 2:12CR06053-012

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Marinela Villanueva, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 25th day of October 2012, under the following conditions:

**Standard Condition No. 19**: Substance Abuse Evaluation and Treatment. If Defendant is required to submit to a substance abuse evaluation, inpatient or outpatient treatment, the following shall apply: Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If Defendant fails in any way to comply or cooperate with the rules of a treatment program, Pretrial Services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest the Defendant. Defendant shall participate in on or more of the following treatment programs. Substance Abuse Evaluation: Defendant shall undergo substance abuse evaluation as directed by a U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Marinela Villanueva is considered in violation of her pretrial supervision in the Eastern District of Washington by failing to comply with the substance abuse treatment program.

A violation report was submitted on January 28, 2014, recommending this violation be addressed at sentencing which was scheduled for February 3, 2014; however, sentencing has now been continued to May 22, 2014. In light of this continuance, it is now recommend that a summons be issued so this violation and the violation reported on December 13, 2013, may be more promptly addressed.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    January 28, 2014

by    s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*James P. Hutton*
Signature of Judicial Officer

1/28/14
Date